UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN E. BONHAM,

        Petitioner,                      Case No. 1:22-cv-694

v.                                            Honorable Paul L. Maloney

MICHELLE LAJOYE-YOUNG,

        Respondent.
_____/

## **ORDER**

     In accordance with the opinion entered this day:

     **IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 9, 2022                    /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge