UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

KEVIN E. BONHAM,

        Petitioner,

v.

MICHELLE LAJOYE-YOUNG,

        Respondent.
_____/

Case No. 1:22-cv-694

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim and for lack of subject matter jurisdiction.

Dated:   August 9, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge